# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2014

### NO. 03-11-00650-CV

**Chisholm Trail Elks Lodge No. 2659, Appellant**

**v.**

**MT Falkin Investments, L.L.C., Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on September 13, 2011. Chisholm Trail Elks Lodge No. 2659 has filed a motion to dismiss the appeal, and having considered the motion, the Court grants the motion in part. Therefore, the appeal is dismissed, and the appellant shall pay all costs relating to this appeal, both in this Court and the court below.